# LAW OFFICES OF GARY N. RAWLINS
## ATTORNEY AT LAW

310 Livingston Street                             Phone: 718 855-3005
Brooklyn, New York 11217                          Fax:   718 855-1033

January 10, 2006

**BY ECF AND FACSIMILE**
Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Easton v. City of New York, et al., 05 CV 1873 (BRK) (KAM)

Dear Judge Azrack:

    I am the attorney for the Plaintiff in the above captioned matter. I have recently received an authorization from my client for the psychologist that is treating Mr. Easton. I am also attempting to ascertain whether his Reverend has any relevant information to offer. If so, I will provide an authorization for his records.

    I have spoken to Ms. Scharfstein who agrees to a two-month adjournment during which time she will process the authorization.

    I have communicated a settlement demand to Ms. Scharfstein and she has indicated that she will consider the demand after reviewing Plaintiff's medical records.

    With your Honor's approval, the parties request an adjournment of the conference scheduled for January 11, 2006 to March 22, 2006, at 11:30 A.M.

    Thank you for your kind consideration.

Respectfully Submitted,

/s/ _____
Gary N. Rawlins (GR 2049)

cc. Susan P. Scharfstein, Esq (SS2476)
    Special Federal Litigation
    City of New York
    Law Department
    New York, New York 10007

*app. granted*

*USMJ 1/11/06*